United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADARSH RAJANIKANTH, et al.,<br>Plaintiffs,<br>v.<br>JOSEPH B. EDLOW, et al.,<br>Defendants. | Case No. 26-cv-00660-EKL<br><br>**ORDER GRANTING MOTION TO DISMISS IN PART**<br><br>Re: Dkts. No. 7, 10 |

This action arises out of inaction by United States Citizenship and Immigration Services ("USCIS") with respect to Form I-485 applications filed by Plaintiffs Adarsh Rajanikanth and Shivi Bhatt. The underlying facts and claims asserted in this case are substantially similar to those in another matter before this Court, *Agrawal v. Edlow*, No. 26-cv-01400-EKL (N.D. Cal. 2026). *Compare* Compl. ¶¶ 1-2, 27, ECF No. 1 ("Compl.") (identifying Plaintiffs as non-citizens and natives of India currently residing in Santa Clara County seeking adjudication of their Form I-485 applications), *with* Compl. ¶¶ 1-2, 24, *Agrawal v. Edlow*, No. 26-cv-01400-EKL (N.D. Cal. 2026), ECF No. 1 (same). Moreover, Plaintiffs are represented by the same counsel in each case, as are Defendants. In each case, Defendants moved to dismiss the complaint on the same grounds.

On July 1, 2026, the Court heard consolidated argument on Defendants' motions to dismiss this action and the *Agrawal* action. Before the hearing, the Court asked counsel to identify relevant factual differences between the Plaintiffs' circumstances, if any. No differences were identified. On August 14, 2026, the Court issued an order granting in part Defendants' motion to dismiss in the *Agrawal* action. *Agrawal v. Edlow*, ___ F. Supp. 3d ___, No. 26-cv-01400-EKL, 2026 WL 2363473 (N.D. Cal. Aug. 14, 2026). Because Defendants raised the same arguments in their motion to dismiss this action, and the parties identified no material differences between the

two cases, the Court fully adopts its reasoning in *Agrawal* for purposes of resolving Defendants' motion to dismiss this action.

Accordingly, the Court ORDERS as follows:

1. Plaintiffs' unopposed motion for leave to file a sur-reply, ECF No. 10, is GRANTED.
2. Plaintiffs' due process claim is DISMISSED without leave to amend.
3. Defendants' motion to dismiss is otherwise DENIED.

**IT IS SO ORDERED.**

Dated: August 21, 2026



Eumi K. Lee
United States District Judge